# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

In re:

**GEORGE JAMES GALANIS and**  Case No. 09-13331-j7
**ANNE ELIZABETH GALANIS,**

   **DEBTORS.**

## ORDER ABANDONING BANK OF COLORADO'S COLLATERAL

THIS MATTER having come on before the Court upon the Motion to Abandon the Collateral of the Bank of Colorado d/b/a Pinnacle Bank (hereinafter "Bank"), which was filed on August 25, 2009 (Docket No. 16), and notice of the Motion along with a deadline to file objections thereto having been served upon all parties entitled to receive notice pursuant to the Official Mailing Matrix of the Bankruptcy Court Clerk, the deadline to file objections having passed, and no objections having been filed timely or to date, and the Trustee having informed Movant's counsel that he does not object to the abandonment of the Bank's collateral from the Estate, and the Court being otherwise fully advised enters the following:

IT IS HEREBY ORDERED that the Motion is granted. Pursuant to 11 U.S.C. § 554, the Bank of Colorado's collateral, consisting of all inventory held by Debtors and/or Debtors dba Gallup Indian Center, is hereby abandoned from and is no longer property of the Estate. Bank of Colorado may proceed to repossess and foreclose such collateral, to the extent permitted by applicable nonbankruptcy law, without further notice to the Trustee.

_/s/ Robert H. Jacobvitz_
HONORABLE ROBERT JACOBVITZ
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket Date: 12/11/09
**Submitted by:**

PUCCINI & MEAGLE, P.A.

By:   /s/ submitted by email
      Louis Puccini, Jr.
      Counsel for Bank of Colorado/Pinnacle Bank
      PO Box 50700
      Albuquerque NM 87181-0700
      Telephone: (505) 255-0202
      Facsimile: (505) 255-8726

Notice of this Order is to be given to:

David R. Jordan
Attorney for Debtors
Post Office Box 840
Gallup, New Mexico 87305-0840
david@jordanlegal.com

Daniel J,. Behles
Attorney for Debtors
Cuddy & McCarthy, LLP
7770 Jefferson NE
Suite 305
Albuquerque, New Mexico 87109
dan@behles.com

Phillip J. Montoya
Chapter 7 Trustee
Post Office Box 159
Albuquerque, New Mexico 87103